Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 15−30011−SLM
        Chapter:  13
        Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Mercure Volt
    dba Walnut and Green, dba Montclair
    School of Real Estate, dba Magic Circle
    Printing, dba Fairmount Realtors
    89 Walnut Street
    Montclair, NJ 07042

Social Security No.:
    xxx−xx−5315

Employer's Tax I.D. No.:
    22−3350135

**FINAL DECREE**

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Marie−Ann Greenberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>November 7, 2016</u>        <u>Stacey L. Meisel</u>
                                          Judge, United States Bankruptcy Court